# United States Bankruptcy Court
## Northern District of Georgia

In re  **Mary E. Cates**　　　　　　　　　　　　　　　　　　　Case No.  **16-12044**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter  **7**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I,  **Mary E. Cates**  , hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐　　I am unemployed; or

☐　　I am self-employed; or

☐　　My employer did not provide pay stubs.

■　　Other

　　　**Receives Social Security**

Date  **October 13, 2016**　　　　　　Signature  **/s/ Mary E. Cates**
　　　　　　　　　　　　　　　　　　　　　　　　**Mary E. Cates**
　　　　　　　　　　　　　　　　　　　　　　　　Debtor